## Commonwealth *v.* Ickes, Appellant.

Before SMORTO, J.

Submitted November 11, 1974. *Nicholas J. Mikesic,* Assistant Public Defender, for appellant; *James A. Nelson,* First Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kling, Appellant.

Before BODLEY, J.

Submitted September 9, 1974. *Richard S. Wasserbly,* Assistant Public Defender, and *Stephen R. LaHoda,* First Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.